Margaret E. Eldridge, Plaintiff-Appellant, *v.* James H. Eldridge, Defendant-Appellee.

(No. 11753; )

Fourth District—September 20, 1972.

Opinion by Mr. JUSTICE SIMKINS.

John A. Lambright, of Danville, for appellant.

A. L. Volborn, of Danville, for appellee.